

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN THE INTEREST OF J.N.J.G., | § | No. 08-25-00028-CV |
| A CHILD. | § | Appeal from the |
| | § | County Court at Law No. 1 |
| | § | of Williamson County, Texas |
| | § | (TC #24-1868-FC1) |
| | § | |

## MEMORANDUM OPINION

On December 23, 2024, Appellant Olga Yamile Gomez Garcia filed a notice of appeal in the District Court of Williamson County seeking to appeal from a temporary order entered in a suit affecting the parent-child relationship.[1]

In family law cases, temporary orders are not subject to interlocutory appeal. Tex. Fam. Code Ann. § 105.001(e) ("Temporary orders rendered under this section are not subject to interlocutory appeal."). Accordingly, on February 5, 2025, the Clerk of this Court notified Gomez Garcia that her appeal would be submitted for dismissal unless she could show grounds for this Court's jurisdiction before February 25, 2025. *See* Tex. R. App. P. 42.3(a) (authorizing an appellate

---

[1] This appeal was transferred to this Court from the Third Court of Appeals pursuant to a Texas Supreme Court docket equalization order. Accordingly, we apply the Third Court of Appeals' precedent to the extent it conflicts with our own. *See* Tex. R. App. P. 41.3.

court to dismiss an appeal for want of jurisdiction). As of the date of this memorandum opinion, Gomez Garcia has not responded to our notice. Accordingly, this appeal is dismissed for want of jurisdiction.  Tex. Fam. Code Ann. § 105.001(e); Tex. R. App. P. 42.3(a).

                                        MARIA SALAS MENDOZA, Chief Justice

February 27, 2025

Before Salas Mendoza, C.J., Palafox and Soto, JJ.